| Case No. | CV 19-666 PA (FFM) | Date | August 8, 2019 |
|---|---|---|---|
| Title | *Brian Anthony Provost v. Bryn Fedderson*, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DIRECTING DEFENDANTS FEDDERSON AND REILLY TO SHOW CAUSE WHY THEIR DEFAULT SHOULD NOT BE ENTERED**

On July 22, 2019, defendants Bryn Fedderson and R. Reilly ("defendants") filed a document waiving their right to reply to plaintiff's complaint pursuant to 42 U.S.C. § 1997e(g) ("Section 1997e(g)"). (Docket No. 26.) On July 23, pursuant to Section 1997e(g), the Court found that plaintiff had a "reasonable probability of success" and directed defendants to reply to the complaint. (Docket No. 28.)

Section 1997e(g) does not set forth a time limit for replying to a pleading after a court has directed a defendant to reply. *See* 42 U.S.C. § 1997e(g). Therefore, the time limits set forth in Federal Rule of Civil Procedure 12 apply. *See* Fed. R. Civ. P 12(a) ("Unless another time is specified by this rule or a federal statute, the time for serving a responsive pleading is as follows . . . ."). By the Court's calculations, defendants' responsive pleading or pleadings are therefore overdue. *See id.*; *see also* Docket Nos. 14-15, 18-19 (process receipts and returns for defendants).

The Court therefore ORDERS defendants to show cause in writing, within **seven days** of this order's date, why default should not be entered against them for their failure to respond to the complaint and failure to comply with the Court's order. In the alternative, defendants may discharge this order to show cause by filing a responsive pleading within the seven-day time limit.

IT IS SO ORDERED.

                                                                                                                                                                                                        :

Initials of Preparer         JM