1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ANTHONY PROVOST,<br><br>Plaintiff,<br><br>v.<br><br>BRYN FEDDERSON, et al.,<br><br>Defendants. | Case No. 8:19-cv-00666-PA (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motions to Dismss ("MTD") the Complaint, the Report and Recommendation ("R&R") of the previously assigned United States Magistrate Judge, the Amended Report and Recommendation ("Amended R&R") of the currently assigned United States Magistrate Judge, and the relevant records on file.  See Electronic Case Filing Number ("ECF No.") 1, Compl.; ECF No. 23-1 MTD by Defendant J. Ackerman ("Ackerman MTD"); ECF No. 32, MTD by Defendants Huntington Beach Police Department ("HBPD") Officer Bryn Fedderson and HBPD Lieutenant Ryan Reilly ("HBPD MTD"); ECF No. 50, R&R; ECF No. 58, Amended R&R.  The Court has engaged in de novo review of those portions of the R&R and Amended R&R to which the parties have objected.  The Court REJECTS

1  the findings and recommendations set forth in the R&R and ACCEPTS the
2  findings and recommendations of the currently assigned Magistrate Judge in the
3  Amended R&R.
4       IT IS THEREFORE ORDERED that the Ackerman MTD and HBPD MTD
5  are both GRANTED, all claims against Defendant J. Ackerman are DISMISSED
6  without Prejudice, and the Complaint is DISMISSED without prejudice and with
7  leave to amend in accordance with the instructions set forth in the Amended R&R.
8  <u>See</u> ECF No. 58 Amended R&R at 27-29.

Dated:  October 12, 2022

                                        PERCY ANDERSON
                                        United States District Judge