JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ANTHONY PROVOST,<br><br>               Plaintiff,<br><br>    v.<br><br>BRYN FEDDERSON, et al.,<br><br>               Defendants. | Case No. 8:19-cv-00666-PA (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: April 12, 2023

                                      PERCY ANDERSON
                                      United States District Judge